FORM DEA-12 FILED LEFT AT RESIDENCE

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
PAUL LIETZ (RESIDENCE)
21012 PECKHAM RD.
GREENLEAF, IDAHO

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 05-14-2020

DIVISION/DISTRICT OFFICE
BOISE D.O.

I hereby acknowledge receipt of the following described cash or other items(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| UNKNOWN AMOUNT | UNITED STATES CURRENCY FROM ROOM 4, 10, 8 | SAFEKEEPING AND SEIZURE OF EVIDENCE |
| 1 | VAPE CASE, POSSIBLE MARIJUANA | |
| 1 | ~~PILL BOTTLE CONTAINING OXYCODONE~~ RETURNED | |
| 1 | WHITE PHONE FROM SAFE (LIVING ROOM) | |
| 1 | BLACK PHONE FROM DINING AREA | |
| 8 | ~~PILL BOTTLES FROM ROOM #8~~ RETURNED | |
| 1 | ~~PHONE FROM BEDROOM #8~~ RETURNED | |
| 1 | SONY HAND CAM #8 | |
| 1 | HP LAPTOP #8 | |

RECEIVED BY (Signature)  5-14-2020
NAME AND TITLE (Print or Type): BRANDON POGGI

WITNESSED BY (Signature)  5-14-2020
NAME AND TITLE (Print or Type): CORY KERR

FORM DEA-12 (9-00) Previous editions obsolete