FORM DEA-12 FILED WITH THE
U. S. DISTRICT COURT

U.S. GOVERNMENT PRINTING OFFICE: 2017 - 400-762

## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (Including ZIP CODE), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| | |

FILE TITLE

DATE

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)